May 22, 1981.

435 A.2d 262

Bamberger et ux. v. Concours Ltd. et al.

Appeal of Patricia Bamberger.

Ar-gued June 10, 1980.   Andrew F. Napoli, for appellants; Michele S. Geraghty, for appellees.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.